UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN JOHN SHARP,<br><br>　　　　　　　Defendant. | CASE NO. CR20-5164 BHS<br><br>ORDER |

This matter is before the Court on Defendant Benjamin Sharp's Motion for Early Termination of Supervised Release. Dkt. 14. The United States Probation Office responds that, although Sharp has performed well on supervised release, it could not recommend early termination of supervision because his underlying offense is sex-related. Dkt. 17 at 2. The Government also opposes early termination of supervision. Dkt. 18. It asserts that Sharp's motion is untimely given the special condition of his release that require him to complete at least 60 months of supervision before moving for termination of supervision. *Id*. at 2; *see* Dkt. 2 at 30. The Government contends that Sharp's supervision began on April 12, 2019, and that he is therefore not able to seek early termination until April 12, 2024. *Id*. Aside from this special condition, the Government argues that termination after

ORDER - 1

only one third of the assigned supervision term "feels premature" given the serious nature of the crime. *Id*.

The Court finds that early termination of Sharp's supervision is not appropriate at this time. A special condition of his release prohibits him from moving for this relief before he successfully completes at least 60 months of supervised release. Dkt. 2 at 30. Additionally, although the Court is not bound by Probation's policy to deny early termination of supervision where a defendant's underlying offense is sex-related, the gravity of the underlying offense weighs against termination after only one third of the term of supervision.

The Court recognizes, however, that compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and that the possibility of early termination provides incentive to defendants to do well on supervision. All parties and Probation acknowledge that Sharp has complied with the conditions of his release including completion of a Sex Offender Treatment program on July 4, 2023. Dkt. 14, Exh. E. The Court will consider a renewed motion for early termination of supervised release filed one year after the completion of his Sex Offender Treatment program on or after July 4, 2024, provided that Sharp continues to comply completely with his conditions of release.

Accordingly, it is hereby **ORDERED** that the Motion for Early Termination of Supervised Release, Dkt. 14, is **DENIED**.

//

//

1 | //

2 | Dated this 7th day of December, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge