UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN JOHN SHARP,<br><br>　　　　　Defendant. | CASE NO. CR20-5164 BHS<br><br>ORDER |

This matter is before the Court on Defendant Benjamin Sharp's motion for early termination of supervised release. Dkt. 21.

On July 12, 2017, The Honorable Stanley A. Bastian in the Eastern District of Washington sentenced Sharp to 30 months' imprisonment and 15 years' supervised release following his guilty plea to Possession of Child Pornography, in violation of 18 U.S.C. §§2252(a)(5)(B). On April 12, 2019, Mr. Sharp's supervised release term commenced. It is currently set to expire on April 11, 2034.

Sharp seeks early termination of supervision. Dkt. 21. Pursuant to his judgment, he is permitted to petition the Court for termination after successfully completing sixty months of supervision, which he has done. *Id*. at 2. Not only has he successfully

complied with the terms of his supervision, but he has become a full time HVAC professional, gotten married, and cares for his mother in his home.

The Office of Probation recognizes Sharp's success on supervision, but is unable to endorse early termination due to his sex offender status. It defers to the Court. Dkt. 23. The Government also acknowledges Sharp's success on supervision and defers to the Court. Dkt. 24.

The Court determines that Sharp's successful completion of sixty months of is terms of release warrants early termination of supervision. It commends Sharp on his career and sustained adherence to the terms of his release.

## I.  ORDER

Therefore, it is hereby **ORDERED** that Sharp's motion for early termination of supervision, Dkt. 21, is **GRANTED**.

Dated this 16th day of August, 2024.

BENJAMIN H. SETTLE
United States District Judge